No. 81–6604.   FISHER ET AL. *v.* WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 81–6608.   WOODEN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–6609.   RAWLS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–6614.   HISHAW *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 81–6617.   WOODS, AKA EASON *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 81–6618.   TAVARES *v.* MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 81–6619.   JOHNSON *v.* GARRISON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 81–6620.   HOLSEY *v.* CIRCUIT COURT FOR WASHINGTON COUNTY.   Ct. App. Md.   Certiorari denied.

No. 81–6623.   BENNETT *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 81–6627.   JORDEN *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 81–6630.   HOOVER *v.* MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.

No. 81–6634.   CRAWFORD *v.* LITTLE.   App. Ct. Ill., 3d Dist.   Certiorari denied.